**Order entered March 25, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00034-CR
No. 05-20-00035-CR
No. 05-20-00036-CR
No. 05-20-00037-CR
No. 05-20-00039-CR
No. 05-20-00040-CR
No. 05-20-00041-CR
No. 05-20-00042-CR
No. 05-20-00043-CR
No. 05-20-00044-CR
No. 05-20-00045-CR
No. 05-20-00046-CR
No. 05-20-00047-CR

**SAMMY RAY FLETCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-41655-Q, F19-39551-Q, F19-21062-Q,**
**F19-39500-Q, F19-32492-Q, F19-21065-Q, F19-21061-Q, F19-21063-Q,**
**F19-39514-Q, F19-21354-Q, F19-41595-Q, F19-39498-Q & F19-39499-Q**

**ORDER**

Before the Court is court reporter Kendra Thibodeaux's March 20, 2020 request for an extension of time to file the reporter's record in cause no. 05-20-00043-CR, one of thirteen pending appeals that have been designated as companion cases, and the only case in which Ms. Thibodeaux has requested an extension.

On March 23, 2020, Ms. Thibodeaux filed a reporter's record that appears to report the proceedings in all thirteen cases including cause no. 05-20-00043-CR. The reporter's record is filed in the case file for cause no. 05-20-00034-CR.

Although the record appears to be complete, in an abundance of caution, the Court **GRANTS** Ms Thibodeaux's request and extends the time to file any additional reporter's record in cause no. 05-20-00043-CR until **FIFTEEN DAYS** from the date of this order.

Appellant's brief shall be due **THIRTY DAYS** after Ms. Thibodeaux files the remaining portion of the record or **FORTY-FIVE DAYS** from the date of this order if no additional record is filed.

/s/    BILL PEDERSEN, III
JUSTICE